IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR418 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DILLON M. KRIVOHLAVEK, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant Dillon Krivohlavek's Motion and Declaration for Leave to Proceed in Forma Pauperis (Filing No. 146), in which Defendant seeks leave to file an appeal in forma pauperis. The Court finds that Defendant has satisfied the requirements of Federal Rule of Appellate Procedure 24(a)(1). Accordingly,

IT IS ORDERED:

1. Defendant Dillon Krivohlavek's Motion and Declaration for Leave to Proceed in Forma Pauperis (Filing No. 146) is granted; and

2. Defendant may proceed in forma pauperis on appeal.

DATED this 10th day of January, 2013.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge