IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR418 |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| vs. | ) | AND ORDER |
| | ) | |
| DILLON M. KRIVOHLAVEK, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant Dillon Krivohlavek's Motion to Vacate pursuant to 28 U.S.C. § 2255 (Filing No. 154), which he filed on January 14, 2013. However, on January 3, 2013, Defendant filed a notice of appeal.  (Filing No. 145.) Because a "federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case simultaneously," *United States v. Ledbetter*, 882 F.2d 1345, 1347 (8th Cir. 1989), it is generally the case that a defendant cannot seek relief under "28 U.S.C. § 2255 or habeas corpus while an appeal from conviction is pending," *Masters v. Eide*, 353 F.2d 517, 518 (8th Cir. 1965).  Indeed, the filing of a notice of appeal "confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Ledbetter*, 882 F.2d at 1347.  Defendant has not identified any extraordinary circumstances that would justify moving forward with his § 2255 motion while a direct appeal is pending.  Accordingly,

IT IS ORDERED:

1. Defendant Dillon Krivohlavek's Motion to Vacate pursuant to 28 U.S.C. § 2255 (Filing No. 154) is denied without prejudice; and

2. The Clerk shall mail a copy of this Order to Defendant at his last known address.

DATED this 15th day of January, 2013.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge