## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR418** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **DILLON M. KRIVOHLAVEK,** | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant Dillon Krivohlavek's Motion of Notice to Stop Transfer of Custody (Filing No. 149); Motion for Hearing for Appellate Bond Request (Filing No. 150); and Motion seeking release on bond pending the outcome of his appeal (Filing No. 155). The Court finds that the motions should be denied. Accordingly,

IT IS ORDERED:

1. Defendant's Motion of Notice to Stop Transfer of Custody (Filing No. 149) is denied;

2. Defendant's Motion for Hearing for Appellate Bond Request (Filing No. 150) is denied;

3. Defendant's Motion seeking release on bond pending the outcome of his appeal (Filing No. 155) is denied; and

4. The Clerk shall mail a copy of this Order to Defendant at his last known address.

DATED this 15th day of January, 2013.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge