# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR418 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **DILLON M. KRIVOHLAVEK,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Dillon M. Krivohlavek (Krivohlavek) for a writ to produce Krivohlavek for re-sentencing (Filing No. 177). The court has previously issued an order to the U.S. Marshal to produce Krivohlavek for re-sentencing on November 4, 2013 (Filing No. 173). Krivohlavek's motion for a writ (Filing No. 177) is denied as moot.

**IT IS SO ORDERED.**

DATED this 23rd day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge